UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

 CTJ



Bradley Manning a/k/a
Chelsea Manning,
Plaintiff

CASE NO.

V.

4-14CV-513-Y

United States of America,
Defendants

## HABEAS CORPUS RELIEF
## UNDER 28 USC 2241

Comes Now, Christopher Donnelly, "Next Friend" personal and legal representative for Bradley Manning files this Habeas Corpus Relief seeking Immediate release from Prison for Mr. Manning. 35 yrs is too much. Bradley Manning is currently mentally incompetent taking hormone treatments, tummy tucks, estrogen pills, Electrolisis cause he wants to be a woman but the United States mistreats him in prison subjecting him to violent Aggressive Ptsd military inmates that could rape him. We need to protect Manning and condom protection for his skin. Manning is also willing to cooperate with the Govt SKI.1 cause Julian Assange committed treason Manning knows this. Assange & Ed Snowden met on Match.com and are intimate sharing NSA Phone Sex secrets and Manning was preyed by them. Manning is totally Innocent and picked on by the Govt cause he is small, shy, nerd, glasses. U.S. are bullies. Manning is also related to Peyton Manning. The War in

Iraq is unconstitutional, Sadam Hussein was caught in a spiderhole Dec 13th Taylor Swifts Birthday and Karl Picarson shot Arapahoe H.S. next day 14th Sandy Hook. Norads drones are invasion of privacy. M.I.T Technology is gps'ing Mannings Mind Following his movements controlling his eternal organs. Fed Prison is a gulag. Manning is depressed, if this court lets him out, Manning will not join the Al-qaeda Kids Mossut Forces, he will be peaceful, Live in the Rockies by a creek his toes in creek Tap his head into Coors and Colorado Smokes marijuana now so Manning will lay back free his mind and watch chong/cheecky movies and stay off computers, chem trails in our skies. Manning Deserves a purple heart and Freedom of Govt. oppression. please please help him in his Habeus Corpus 2241. Manning is illegally held in leavenworth, Wikileaks is unconstitutional

June 17, 2014

_____ 6/22/14
Christopher Donnelly
Next Friend Personal
representative For
Bradley Manning

Christopher Donnelly
JK5048
301 Institution DR
Bellefonte, PA 16823

Christopher Donnelly
JK 5048
301 Institution Dr.
Bellefonte, PA 16823

U.S. District Court
Northern District of Texas
501 West Tenth St.
Fort Worth, TX 76102

U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION
2014 JUN 30 PM 12: 16
CLERK OF COURT



FOREVER USA
Bank Swallow

JAN 27