IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BRADLEY MANNING AKA CHELSEA MANNING, | § § § | |
| Petitioner, | § § | |
| V. | § § | Civil Action No. 4:14-CV-513-Y |
| UNITED STATES OF AMERICA, | § § § | |
| Respondent. | § | |

**FINAL JUDGMENT**

In accordance with its opinion and order signed this day, the Court DISMISSES the petition of Bradley Manning, aka Chelsea Manning, pursuant to 28 U.S.C. § 2241 in the above-captioned action for lack of jurisdiction.

SIGNED July 22, 2014.

*[signature: Terry R. Means]*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE